**Electronically Filed
Supreme Court
SCWC-18-0000473
14-JUN-2024
08:43 AM
Dkt. 11 ODAC**

SCWC-18-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TODD E. HART and HART OF KONA, REALTY, INC.,
Petitioners/Appellants-Appellants,

vs.

REAL ESTATE COMMISSION and
REGULATED INDUSTRIES COMPLAINTS OFFICE,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000473; CASE NO. 1CC171001214)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Viola, in place of Ginoza, J., recused)

Petitioners/Appellants-Appellants Todd E. Hart and Hart of
Kona, Realty, Inc.'s Application for Writ of Certiorari filed on
May 1, 2024, is rejected.

DATED:  Honolulu, Hawai'i, June 14, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Matthew J. Viola

